ELY *v.* McLAIN'S HEIRS.

PERSONAL COVENANT.—*Heirs.*

The heirs of a deceased person cannot be sued directly upon their ancestor's personal covenant, though they were included in it.

In this cause the judgment in the Court below was for the defendant, and the plaintiff prosecuted an appeal in error to this Court.

The defendant's ancestor in his life time made a personal covenant with the plaintiff in which he bound his heirs, and the plaintiff, alleging a breach, sued the heirs directly without first suing the administrator.(1)

REESE, J.:

This cannot be done.

*Judgment affirmed.*